CA04-30237-MAP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MITCHELL J. FONDAKOWSKI

vs.

JO ANNE B. BARNHART as she is
UNITED STATES COMMISSIONER OF SOCIAL SECURITY,
Defendant

PLAINTIFF'S VERIFIED APPLICATION FOR LEAVE TO SUE
IN FORMA PAUPERIS WITHOUT SECURING COSTS;
AND FOR APPOINTMENT OF COUNSEL

I, Mitchell J. Fondakowski of Northampton, Hampshire County in the Commonwealth of Massachusetts, reaffirm all the matters described in the Verified Complaint, herewith filed in good faith. And further I say that I am presently receiving monthly benefits from the Social Security Administration in the amount of Six Hundred Twenty-eight ($628.00) Dollars. I have no other income.

Accordingly, I apply for waiver of fees and costs and for appointment of Stephen R. Kaplan of said Northampton, a member of the bar of this court, or some other suitable person to represent me in the prosecution of this action, all pursuant to 28 U.S.C. § 1915.

I affirm under the penalties of perjury that the facts set forth in this application are true.

Respectfully submitted,

MITCHELL J. FONDAKOWSKI

Northampton MA                                              December 3, 2004

Then Mitchell J. Fondakowski appeared before me, and affirmed under penalties of perjury that the matters hereinbefore set forth are true to the best of his knowledge and belief.

Stephen R. Kaplan Notary Public
My Commission Expires August 13, 2010.

[Handwritten annotations in left margin: "Leave to proceed in forma pauperis is ALLOWED, but request for appointment of counsel is DENIED. /s/ Neiman to enclose."]