UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MITCHELL J. FONDAKOWSKI, Plaintiff

vs.

JO ANNE B. BARNHART as she is
UNITED STATES COMMISSIONER OF SOCIAL SECURITY,
Defendant

VERIFIED COMPLAINT FOR RELIEF IN THE NATURE OF MANDAMUS
AND FOR ATTORNEY FEES, COURT COSTS, AND EXPENSES
UNDER THE EQUAL ACCESS TO JUSTICE ACT

*Jurisdictional Statement*

1.  The Court has jurisdiction of this action under 28 U.S.C.
§ 1361 (mandamus statute) and 28 U.S.C. 2412 (Equal Access to
Justice Act).  See *Burnett v. Bowen*, 830 F. 2d 731 (7th Cir.
1987) (mandamus held available to compel Secretary of HHS to
consider new evidence); and *Shalala v. Schaefer*, 509 U.S.__, 125
L Ed 2d 239 (1993) (remand under 42 USC § 405(g), Sentence Four,
assumed to be capable of supporting EAJA award).

*Identification of the Parties*

2.  The plaintiff is Mitchell J. Fondakowski, a resident of
Northampton, Hampshire County, within said District of
Massachusetts.

3.  The defendant is the United States Commissioner of Social
Security ("the Commissioner").  The Commissioner administers the
Social Security disability benefits statutory scheme pursuant to
42 U.S.C. § 405.

*Description of First Cause of Action*

4.  At all relevant times, plaintiff was a disabled person
having been awarded Social Security disability benefits and
Medicare benefits by the defendant and her predecessors in
office.  A copy of his Medicare card, numbered **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-A** is
hereto annexed marked "A".

5.  Between October 20, 2003 and January 23, 2004, plaintiff was
confined at the Hampshire County House of Correction.  His appeal
from the underlying conviction is due to be heard before the
Massachusetts Appeals Court on December 14, 2004.  A copy of his
certificate of release is hereto annexed marked "B".

6.  On December 10, 2003, defendant, acting by W. Burnell Hurt,
Associate Commissioner for Central Operations, placed a stoppage

12/3/04- S.I.
CF/CL
LR 4.1

on plaintiff's benefits for the term of his confinement, under color of 404 CFR 468 and the underlying statute. A copy of the notice of stoppage is hereto annexed marked "C".

7.   On or about January 23, 2004, plaintiff, acting by his attorney, sent the Social Security Administration office in Holyoke a copy of his certificate of discharge from confinement, and asked for a resumption of benefits. A copy of his letter is hereto annexed marked "D".

8.   On February 7, 2004, defendant, acting by Associate Commissioner Hurt, sent plaintiff a notice of resumption of benefits, subject to withholding in the monthly amount of Thirty-seven ($37.00) Dollars, effective February of 2004. A copy of such notice is hereto annexed marked "E". And plaintiff says that such resumption of benefits was lawfully required.

6.   Subsequent to February 7, 2004, plaintiff fell ill, and received care from numerous medical care providers, lawfully compensable under the Medicare program, whom defendant has failed and refused to reimburse. A list of such providers, and their dates of service is hereto annexed marked "F".

On information and belief, plaintiff's agent, National Heritage Insurance Company ("National Heritage"), has told the providers that such failure and refusal is based on plaintiff's asserted ineligibility during his period of incarceration for benefits, under color of 404 CFR 468 and the underlying statute.

7.   On October 14, 2004, plaintiff sent copies of Exhibits B and C to the Office of Central Operations, together with a request that the medical care providers be reimbursed. A copy of his letter is hereto annexed marked "G". And he says that defendant has failed and refused to respond to such communication or to compensate such providers.

8.   On November 1, 2004, plaintiff asked National Heritage for approval of such providers' claims, all as set forth in the communication annexed hereto marked "H". National Heritage has not replied.

9.   And plaintiff says that defendant has consistently and unlawfully failed and refused to compensate his medical care providers, thereby putting at risk his ability to obtain medical care in the future and effectively relegating him to uninsured status, contrary to rights secured to him under the Social Security statute.

WHEREFORE Plaintiff prays that the Court grant him relief in the nature of mandamus and

TOTAL P.06



**MEDICARE          HEALTH INSURANCE**

1-800-MEDICARE (1-800-633-4227)

NAME OF BENEFICIARY
**MITCHELL J FONDAKOWSKI**
MEDICARE CLAIM NUMBER          SEX
**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-A          MALE**
IS ENTITLED TO          EFFECTIVE DATE
**HOSPITAL (PART A)   03-01-1992**
**MEDICAL (PART B)    03-01-1992**
SIGN HERE ➔ *Mitchell J Fondakowski*

P.06/06                                                  OCT-14-2004 11:49

"B"



THE COMMONWEALTH OF MASSACHUSETTS

## Hampshire Sheriff's Office

P.O. BOX 7000
NORTHAMPTON, MASSACHUSETTS 01061-7000

*Sheriff*
ROBERT J. GARVEY
*Deputy Superintendent*
PATRICK J. CAHILLANE

TELEPHONE
(413) 584-5911
FAX
(413) 584-2695

Thursday, October 14, 2004

MITCHELL FONDAKOWSKI

Re: Dates of Sentenced Incarceration
DOB: 1/5/1962
SS#: 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

To Whom It May Concern:
    In response to Mr. Fondakowski's request, please be advised that the dates of incarceration for Mitchell Fondakowski at the Hampshire County House of Correction in Northampton, MA.
Are as follows:
    --Sentenced from October 30, 2003 and held until January 23, 2004.
    --He was received from the Northampton District Court on October 30, 2003 to serve a 6 month sentence. He received a revised sentence on December 19, 2003. He was to serve 3 Months of the original 6 Month sentence. He was subsequently released on January 23, 2004 as a "Good Conduct Discharge".
He served a total of 86 Days.

Respectfully yours,

*Barbara Marean*
Barbara Marean
Records Specialist

I acknowledge that this is a true and accurate statement made on this date, Thursday, October 14, 2004.

*Barbara Marean*
Barbara Marean

Barbara Marean
Notary Public
Commission Expires December 4, 2009

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Change in Benefits

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: December 10, 2003
Claim Number: 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HA



MITCHELL J FONDAKOWSKI
129 PLEASANT ST
RM 11
NORTHAMPTON MA 01060-3924

Based on the information we have, we should have stopped your Social Security benefits beginning October 2003.

We cannot pay you because you are imprisoned for the conviction of a crime.

Even though we cannot pay you, we can pay other members of your family if they are entitled on your record.

We may be able to pay you when you are released. Please get in touch with us after you are released. Then we will review your case to see if we can pay you.

**Information About Medicare**

Generally, Medicare will not pay for hospital or medical items or services you receive while you are imprisoned. However, you may want to pay your Medicare medical insurance premiums for two reasons:

- The premiums may be higher if you cancel the Medicare medical insurance now and reenroll after you are released from prison.

- You may not have medical insurance for a period of time after you are released from prison. This is because you will have to wait until a general enrollment period to reenroll. A general enrollment period takes place in January, February and March of each year.

If you want to cancel your medical insurance, please let us know. If you decide to keep Medicare medical insurance, we will bill you for the premium. The first bill we send will be for all premiums now due. After that, each bill we send will be for a 3-month period and will be sent to you shortly before the payment is due.

Enclosure(s):
SSA-3105
Refund Envelope PC 1

C                      See Next Page

### Do You Think We Are Wrong?

If you think we are wrong, you have the right to appeal. We will correct any mistakes and we will look at any new facts you have. A person who did not make the first decision will decide your case.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

### If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

### If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-413-536-3649. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 200 HIGH STREET
> SECOND FLOOR
> HOLYOKE, MA 01040

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*W. Burnell Hurt*
W. Burnell Hurt
Associate Commissioner for
Central Operations



**STEPHEN R. KAPLAN**
ATTORNEY AT LAW
_____ER STREET, P.O. BOX 144
_____AMPTON, MA 01061-0144
TEL. (413) 584-8966
FAX (413) 387-6027

January 22, 2004

Re: Mtichell J. Fondakowski
 Claim No. 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HA

Dear Sir/Madame:

Please find herewith a copy of Mr. Fondakowski's certificate of discharge from the Hampshire County House of Corrections. As noted on the certificate, he will be discharged on January 23, 2004. I trust that you will now resume his SSI payments. Please send me any additional paperwork that needs to be completed in order for this to happen.

Respectfully,

Stephen R. Kaplan

0102

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Notice of Change in Benefits

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241
Date: February 7, 2004
Claim Number: 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HA

MITCHELL J FONDAKOWSKI
129 PLEASANT ST
RM 11
NORTHAMPTON MA  01060-3924

We are writing to give you new information about the disability benefits which you receive on this Social Security record.

We can pay you beginning February 2004.

**Your Benefits**

We have started to pay you again because you have given us the information we needed to continue your checks.

As you asked, we will withhold money from your checks to collect the overpayment of $1,304.00. We will withhold $37.00 each month for 35 months beginning February 2004. After we collect the money, we will raise your benefits back to your regular monthly payment amount.

**What We Will Pay**

- You will soon receive a check for $628.00, which is the money you are due through February 2004.

- After that you will receive $628.00 on or about the third of each month.

**Do You Think We Are Wrong?**

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

C                          SEE NEXT PAGE

Northampton Radiologic Assoc.
291 Moody Street
Ludlow MA 01056
106 1029336
08/26/2004

Cooley Dickinson Hospital
30 Locust Street
P.O Box 5001
Northampton MA 01060
10310562
09/09/2004

Cooley Dickinson Hospital
30 Locust Street
P.O Box 5001
Northampton MA 01060
10340612
09/18/2004

Cooley Dickinson Hospital
30 Locust Street
P.O Box 5001
Northampton MA 01060
10209440
09/13/2004

Cooley Dickinson Hospital
30 Locust Street
P.O Box 5001
Northampton MA 01060
10310562
08/28/2004

American Medical Response
Four Tech Circle
Natick MA 01760-1029
02-4050-353-490
02/10/04

Catherine J. Durie, M.D.
Anne E. Van Dyke, M.D.
Cooley Dickinson Hospital
30 Locust Street
Northampton MA 01060-2052
Drs. Durie and Van Dyke:
02/11/04 and 02/13/04

Cooley Dickinson Hospital
30 Locust Street
P.O Box 5001
Northampton MA 01060
1405633583
02/10/04-02/17/04

Ambulatory Care Physicians,
Cooley Dickinson Hospital
P.O. Box 430
Greenfield MA 01302-0430
02-04068-312-400
02/10/04

Baystate Medical Center, Inc.
759 Chestnut Street
Springfield MA 01199
20412900593702
04/27/04

Cooley Dickinson Hospital
30 Locust Street
P.O Box 5001
Northampton MA 01060
20419400414702
06/23/04-06/28/04

Associates IN Surgery I, Suite 101
190 Nonotuck Street
Florence MA 01062-1934
02-04219-530-970
07/29/04

Associates IN Surgery I, Suite 101
190 Nonotuck Street
Florence MA 01062-1934
02-04219-530-960
08/02/04

Baystate Affiliated Practice
PO Box5-0085
Woburn MA 01815
02-04232-080-690
08/17/04

Cooley Dickinson Hospital
30 Locust Street
Northampton MA 01060-0000
02-04222-684-580
07/28/04

Hampshire Pathologists, Inc.
291 Moody Street No. A
Ludlow MA 01056-1246
02-04231-462-770
Sir/Madame:
08/02/04

```
Cooley Dickinson Hospital
30 Locust Street
Northampton MA 01060-2052
20422400515702
08/02/04
```

**STEPHEN R. KAPLAN**
ATTORNEY AT LAW
50 CENTER STREET, P.O. BOX 144
NORTHAMPTON MA 01061-0144

TEL. (413) 584-8966
FAX (413) 387-6027
October 14, 2004

Office of Central Operations
1500 Woodlawn Drive
Baltimore MD 21241-1500

    Re: Mitchell J. Fondakowski
        Medicare Claim No. 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-A

Dear Sir/Madame:

    Please find herewith:

    1. Mr. Fondakowksi's certificate of discharge from Hampshire County House of Correction, which took place on January 23, 2004; and

    2. The February 7, 2004 communication from the Office of Central Operations reciting restoration of Mr. Fondakowski's disability benefits.

    I would ask you to approve bills of the following enumerated medical care providers for care rendered subsequent to January 23, 2004:

Northampton Radiologic Assoc.
291 Moody Street
Ludlow MA 01056

Att: Ms. Frederick
Billing Department
Cooley Dickinson Hospital
30 Locust Street
P.O Box 5001
Northampton MA 01060

American Medical Response
Four Tech Circle
Natick MA 01760-1029

Ambulatory Care Physicians,
Cooley Dickinson Hospital
P.O. Box 430

Baystate Medical Center, Inc.
759 Chestnut Street
Springfield MA 01199

Associates IN Surgery I, Suite 101
190 Nonotuck Street
Florence MA 01062-1934

Baystate Affiliated Practice
PO Box5-0085
Woburn MA 01815

Hampshire Pathologists, Inc.
291 Moody Street No. A
Ludlow MA 01056-1246

Respectfully,

Stephen R. Kaplan

cc: Ms. Frederick
Billing Department
Cooley Dickinson Hospital
30 Locust Street
P.O Box 5001
Northampton MA 01060

H

**STEPHEN R. KAPLAN**
ATTORNEY AT LAW
50 CENTER STREET, P.O. BOX 144
NORTHAMPTON MA 01061-0144

TEL. (413) 584-8966
FAX (413) 387-6027
November 1, 2004

National Heritage Insurance Company
P.O. Box 1000
Hingham MA 02044

    Re: Mitchell J. Fondakowski
        Medicare No. 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-A
        Any Inquiry No. 9304265516080/9304265906311
        Internal Control No. 0203184707290

Dear Sir/Madame:

    Persons rendering medical care to Mr. Fondakowski, my client, have had their claims refused because the client was incarcerated for a term ending on January 23, 2004, a day which preceded the rendition of any care which figured in these claims. If you have any role in adjusting these matters, I would ask you to reconsider them, based on the following included documents:

    1.   October 24, 2004 certificate of the Hampshire County Sheriff's office; and

    2.   February 7, 2004 Notice of Change in Benefits by W. Burnell Hurt, SSA Associate Commissioner for Central Operations;

    3.   My list of the medical care providers, their claim numbers, and the dates of care.

                          Respectfully,

                          Stephen R. Kaplan

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
MITCHELL J FUNDAKOWSKI

**DEFENDANTS**
JO ANNE B BARNHART
AS SHE IS
UNITED STATES COMMISSIONER OF
SOCIAL SECURITY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  HAMPSHIRE
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
STEPHEN R KAPLAN
50 CENTER ST, P.O. BOX 144
NORTHAMPTON MA 01061-0144

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws |  | ☐ 450 Commerce/ICC Rates, etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property |  | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
|  |  | ☐ 555 Prison Condition |  |  | MANDAMUS |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

MANDAMUS FOR MINISTERIAL PAYMENT OF BENEFITS

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER CA 04-30237-MAP

DATE DECEMBER 3, 2004

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __MITCHELL J FONDAKOWSKI__ v __JOANNE B BARNHART AS SHE IS UNITED STATES COMMISSIONER OF SOCIAL SECURITY__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _890_ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,        *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   ___  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___  V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.   __NONE__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☒   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐      Central Division ☐      Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐      Central Division ☐      Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __STEPHEN R KAPLAN__
ADDRESS __50 CENTER STREET, P.O. BOX 144 NORTHAMPTON MA 01061-0144__
TELEPHONE NO. __(413) 584-8966__

Coversheetlocal.wpd - 10/17/02