# United States District Court

DISTRICT OF __MASSACHUSETTS__
__WESTERN SECTION__

MITCHELL J FONDAKOWSKI

v.

JO ANNE B BARNHART
AS SHE IS
UNITED STATES COMMISSIONER OF SOCIAL SECURITY

SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 04 30237 - MAP

TO: (Name and address of defendant)

JO ANNE B BARNHART, COMMISSIONER

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN R KAPLAN
50 CENTER STREET
P.O. BOX 144
NORTHAMPTON MA 01061-0144

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_[signature]_
(BY) DEPUTY CLERK

DATE __DECEMBER 3, 2004__

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DECEMBER 07, 2004 |
| NAME OF SERVER (PRINT) STEPHEN R KAPLAN | TITLE ATTY FOR PLAINTIFF |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED ON THE COMMISSIONER OF SOCIAL SECURITY BY CERTIFIED MAIL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on DECEMBER 20, 2004
Date

Signature of Server

50 CENTER ST, P.O. Box 144
Address of Server
NORTHAMPTON MA 01061-0144

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**STEPHEN R. KAPLAN**
ATTORNEY AT LAW
50 CENTER STREET, P.O. BOX 144
NORTHAMPTON MA 01061-0144

TEL. (413) 584-8966
FAX (413) 387-6027

December 4, 2004

The Commissioner of Social Security
6401 Security Boulevard
Baltimore MD 21235

Re: Mitchell J. Fondakowski vs. Barnhart, Commissioner
D. Mass. 04-30237-MAP

Dear Sir/Madame:

Pursuant to Fed. R. Civ. P. 4(i), I serve upon you the following enumerated pleadings:

1. Summons in a Civil Case;
2. Verified Complaint for Relief in the Nature of Mandamus and for Attorney Fees, Court Costs, and Expenses under the Equal Access to Justice Act;
3. Civil Cover Sheet;
4. Local Cover Sheet; and
5. Consent to the Exercise of Jurisdiction by a United States Magistrate Judge.

Respectfully,

*SRK*

Stephen R. Kaplan

Enclosures (5)

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage)
For delivery information visit our website at www.us[ps.com]

BALTIMORE, MD 21235

| | | |
|---|---|---|
| Postage | $ | 1.29 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.34 |

Sent To: COMMISSIONER OF SOCIAL S[ECURITY]
Street, Apt. No.; or PO Box No. 6401 SECURITY BOULE[VARD]
City, State, ZIP+4 BALTIMORE MD 212[35]

PS Form 3800, June 2002   See Reverse for [Instructions]

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

UNIT ID:
Pos[tage] H
Clerk: KQ
12/04/04

1. Article Addressed to:

COMMISSIONER OF SOCIAL SECURITY
6401 SECURITY BOULEVARD
BALTIMORE MD 21235

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X SOCIAL SECURITY ADMINISTRATION   ☐ Agent
  BALTIMORE, MARYLAND 21235   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

DEC 07 2004

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0005 0261 7204

PS Form 3811, February 2004   Domestic Return Receipt   102595-12-M-1540