# United States District Court

DISTRICT OF __MASSACHUSETTS__
__(WESTERN SECTION)__

MITCHELL J FUNDAKOWSKI

### SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: CA 04-30237-MAP

Jo Anne B Barnhart as she is United States Commissioner for Social Security

TO: (Name and address of defendant)

Jo Anne B Barnhart, Commissioner
(Copy for Attorney General)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen R Kaplan
50 Center Street
P.O. Box 144
Northampton MA 01061-0144

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONI ANASTAS                           DECEMBER 3, 2004
CLERK                                  DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE December 20, 2004 |
| NAME OF SERVER (PRINT) Stephen R Kaplan | TITLE Atty for Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on the Attorney General by Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 20, 2004
Date

Signature of Server

50 Center St, P.O. Box 144
Address of Server
Northampton MA 01061-0144

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**STEPHEN R. KAPLAN**
ATTORNEY AT LAW
50 CENTER STREET, P.O. BOX 144
NORTHAMPTON MA 01061-0144

TEL. (413) 584-8966
FAX (413) 387-6027

December 4, 2004

The Attorney General of the United States
950 Pennsylvania Avenue NW
Washington DC 20530-0001

Re: Mitchell J. Fondakowski vs. Barnhart, Commissioner
    D. Mass. 04-30237-MAP

Dear Sir/Madame:

Pursuant to Fed. R. Civ. P. 4(i), I serve upon you the following enumerated pleadings:

1. Summons in a Civil Case;

2. Verified Complaint for Relief in the Nature of Mandamus and for Attorney Fees, Court Costs, and Expenses under the Equal Access to Justice Act;

3. Civil Cover Sheet;

4. Local Cover Sheet; and

5. Consent to the Exercise of Jurisdiction by a United States Magistrate Judge.

Respectfully,

SRK

Stephen R. Kaplan

Enclosures (5)