UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MITCHELL FONDAKOWSKI,<br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security Administration,<br>    Defendant. | )<br>)<br>)<br>) NO. 04CV30237-MAP<br>)<br>)<br>)<br>)<br>) |

MOTION FOR ENLARGEMENT OF TIME
(ASSENTED TO)

The defendant, by and through the United States Attorney for the District of Massachusetts, moves this Court, pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time until February 21, 2005 to respond to plaintiff's complaint in the above-captioned case. As grounds for this motion, the undersigned advises that documents are being reviewed to determine if a notice of dismissal will be filed. Plaintiff's counsel assents to the filing of this motion.

WHEREFORE, the defendant respectfully requests that the Court issue an order extending the time period in which to respond to plaintiff's complaint until February 21, 2005.

Respectfully submitted

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Karen L. Goodwin

KAREN L. GOODWIN
Assistant U.S. Attorney
1550 Main Street
Springfield, MA 01103

CERTIFICATION

Hampden, ss.                                          Springfield, MA

     This is to certify that a copy of the foregoing was mailed, this date, postage prepaid, to Stephen Kaplan, Esquire, 50 Center Street, P.O. Box 144, Northampton, MA 01061.

DATE: 2/10/05

KAREN L. GOODWIN
Assistant U.S. Attorney