```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CASE NO. 3:04 CV 30237 MAP

MITCHELL J. FONDAKOWSKI, Plaintiff

vs.

JO ANNE B. BARNHART as she is
UNITED STATES COMMISSIONER OF SOCIAL SECURITY,
Defendant
```

NOTICE OF DISMISSAL

Comes now the plaintiff pursuant to Civil Rule 41(a)(1), and dismisses his complaint without prejudice.

MITCHELL J. FONDAKOWSKI

By _____
Stephen R. Kaplan
Attorney at Law
50 Center Street, P.O. Box 144
Northampton, MA    01061-0144
Tel. (413) 584-8966
Fax (413) 387-6027
BBO # 259240